| Index of State Court Documents (Part 2)  Exhibit: | *Leonida Butcher, Individually and d/b/a JC Lion Properties, Jimmy Butcher, and James Butcher v. The Frost National Bank and Margaret McCarty Young*  Adversary No. 24-03067 |
|---|---|
| 1 | Plaintiff's Original Petition |
| 2 | Request for Issuance of Summons |
| 3 | Request for Issuance of Summons |
| 4 | Request for Issuance of Summons |
| 5 | Request for Issuance of Summons |
| 6 | Assumed Name Records Certificate of Ownership |
| 7 | Assumed Name Records Certificate of Ownership |
| 8 | Defendant Frost National Bank's Original Answer |
| 9 | Defendant Margaret McCarty Young's Original Answer |
| 10 | Defendant Frost National Bank's Motion for Summary Judgment |
| 11 | Proposed Order Granting Summary Judgment |
| 12 | Docket Control Order |
| 13 | Defendant Young's Designation of Lead Counsel. |
| 14 | Proposed Agreed Protective Order |
| 15 | Notice of Submission |
| 16 | Proposed Agreed Protective Order |
| 17 | Partially Agreed and Uncontested Motion to Enter Agreed Protective Order |
| 18 | Agreed Protective Order |
| 19 | Notice of Hearing |
| 20 | Proposed Order Granting Partial Motion for Summary Judgment |
| 21 | James Butcher's Responses to Interrogatories |
| 22 | Leonida Butcher's Responses to Interrogatories |
| 23 | Loan Modification Documents |
| 24 | Summary Judgment 9/9/2013 |
| 25 | Real Estate Deed |
| 26 | Real Estate Deed |
| 27 | Real Estate Deed |
| 28 | Real Estate Deed |
| 29 | Property Agreement |
| 30 | Defendant Margaret McCarty Young's Partial Motion for Summary Judgment as to her, and Plaintiffs, requests for Declaratory Judgment |
| 31 | Defendant Margaret McCarty Young's First Amended Original Answer and Counterclaim |
| 32 | Notice of Assignment of Judgment |
| 33 | Summary Judgment 9/9/2013 |
| 34 | Michael Allen Franklin's Plea in Intervention |

| 35 | Counter-Defendants' Answer to Young's Counterclaim |
| --- | --- |
| 36 | Proposed Order Denying Defendant's Motion for Partial Summary Judgment |
| 37 | Declaration of Leonida Butcher in Opposition to Defendant Margaret McCarty Young's Motion for Partial Summary Judgment |
| 38 | Response to Defendant Margaret McCarty Young's Partial Motion for Summary Judgment as to Her, and Plaintiffs Requests for Declaratory Judgment |
| 39 | Intervenor, Michael Allen Franklin's Adoption of Margaret McCarty Young's Partial Motion for Summary Judgment as to Her, and Plaintiffs', Request for Declaratory Judgment and Reply to the Same |
| 40 | Defendant Margaret McCarty Young's Reply to Plaintiffs' Response to Defendant's Partial Motion for Summary Judgment as to Her, and Plaintiffs' Requests for Declaratory Judgment |
| 41 | Proposed Order of Nonsuit as to Defendant Margaret McCarty Young Only |
| 42 | Plaintiffs' Notice of Nonsuit as to Defendant Margaret McCarty Young Only |
| 43 | Order of Partial Nonsuit |
| 44 | Order Denying Defendant's Motion for Partial Summary Judgment |
| 45 | Proposed Order Granting Nonsuit Without Prejudice |
| 46 | Defendant Margaret McCarty Young's Notice of Nonsuit |
| 47 | Plaintiffs' Answer to Intervention |
| 48 | Plaintiffs' First Amended Original Petition |
| 49 | Plaintiff James Butcher's Answers to Discovery to Margret McCarty Young |
| 50 | Leonida Butcher's Responses to Requests for Production to Margaret McCarty Young |
| 51 | Loan Modification Documents |
| 52 | Real Estate Deed |
| 53 | Real Estate Deed |
| 54 | Real Estate Deed |
| 55 | Real Estate Deed |
| 56 | Defendant Michael Allen Franklin's Partial Motion for Summary Judgment as to his, and Plaintiffs' Request for Declaratory Judgment |
| 57 | Notice of Hearing on Defendant's Partial Motion for Summary Judgment as to His, and Plaintiffs' Requests for Declaratory Judgment |
| 58 | Proposed Scheduling and Docket Control Order |
| 59 | Proposed Order Granting Continuance |
| 60 | Partly Agreed Motion to Modify Docket Control Order and Continue Trial |
| 61 | Order Granting Continuance |

| 62 | Proposed Order Denying Defendant's Motion for Partial Summary Judgment |
|---|---|
| 63 | Assumed Name Records Certificate of Ownership |
| 64 | Schedule E Worksheet 2018 |
| 65 | Real Estate Deed |
| 66 | Real Estate Deed |
| 67 | Real Estate Deed |
| 68 | Real Estate Deed |
| 69 | Assumed Name Records Certificate of Ownership |
| 70 | Abstract of Judgment |
| 71 | Assumed Name Records -Certificate of Ownership |
| 72 | Chase Deposit Account Balance Summary |
| 73 | Response to Defendant Michael Allen Franklin's Partial Motion for Summary Judgment as to His, and Plaintiffs', Requests for Declaratory Judgment |
| 74 | Notice of Removal of State Court Case |